IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G.W. RENNELS,

      Petitioner,                    No. CIV S-07-2581 WBS EFB P

   vs.

D.K. SISTO, et al.,

      Respondents.          <u>ORDER</u>

                              /

      Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 11, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 11, 2011, are adopted in full;

2. Respondent's April 20, 2010 motion to dismiss is granted; and

3. Respondent is directed to, within 30 days of this order, file a response to petitioner's three remaining claims.

DATED:  March 18, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/